

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00035-CV

| | | |
|---|---|---|
| HARRIETT NICHOLSON, Appellant | § | On Appeal from the 342nd District Court |
| V. | | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CWMBS REFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2, MELANIE COWAN, BANK OF AMERICA, N.A., AND RECONTRUST COMPANY, N.A., Appellees | §<br><br>§<br><br>§ | of Tarrant County (342-262692-12)<br><br>January 31, 2019<br><br>Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM